**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 25, 2016

_____

RULE 45 NOTICE
DOCKETING FORMS AND BRIEFING DOCUMENTS
_____

No.   16-1419,        <u>Elsie Sharp v. Federal National Mortgage Assn</u>
                     8:15-cv-03289-GJH


TO:    Randy McRae

**FORMS AND BRIEFING DOCUMENTS DUE: 06/09/2016**

The court has not received the forms and briefing documents identified below, which it previously directed be filed and are now overdue under this court's order. Please take notice that the court will dismiss this case for failure to prosecute pursuant to [Local Rule 45](#) unless the required documents are received in the clerk's office within 15 days of the date of this notice. The briefing documents must be filed along with a motion to extend filing time. The forms are available for completion as links from this notice and at the court's web site, [www.ca4.uscourts.gov](http://www.ca4.uscourts.gov). The deadlines for any subsequent briefs will be extended after filing of the past-due brief.

[✔] **[Docketing statement - Criminal](#)** or **[Docketing statement - Civil or Agency](#)** required

[✔] **[Disclosure of corporate affiliations](#)** required

[✔] Opening brief and appendix

Karen Stump, Deputy Clerk
804-916-2704